

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Hylas Deangelo Polk, Appellant

No. 06-13-00162-CR          v.

The State of Texas, Appellee

Appeal from the 203rd District Court of Dallas County, Texas (Tr. Ct. No. F-12-70740-P). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Polk's conviction was for a felony of the second degree, and to reflect that Polk pled, and the trial court found, that the State's enhancement allegation was true. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Hylas Deangelo Polk, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 27, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk